IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| Gary C. Martell, | ) |
| | ) |
| Defendant. | ) |

## Complaint

Plaintiff, the United States of America, by its attorneys, for its complaint against Defendant Gary C. Martell, states as follows:

1. This is a civil action brought by the United States of America against Martell under 26 U.S.C. §§ 7401 and 7402 to reduce to judgment the assessments made against him for unpaid federal taxes and statutory additions to tax.

2. Under 26 U.S.C. § 7401, this suit has been authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is commenced at the direction of a delegate of the Attorney General of the United States.

3. The Court has jurisdiction over this case under 28 U.S.C. §§1340 and 1345 and 26 U.S.C. §7402(a).

4. Venue is proper in the District of Massachusetts under 28 U.S.C. §§1391(b) and 1396.

5. Martell resides within this judicial district.

6. A delegate of the Secretary of the Treasury properly and timely made assessments against Martell for federal income taxes and statutory additions to tax as follows:

| Tax Period | Tax Type | Date of Assessment | Amount owed, including penalties and interest, as of September 1, 2013 |
|---|---|---|---|
| 1996 | 1040 | May 9, 2005 | $ 133,370.31 |
| 1999 | 1040 | February 14, 2005 | $ 17,852.73 |
| 2000 | 1040 | February 28, 2005 | $ 118,166.99 |
| 2001 | 1040 | February 7, 2005 | $ 260,882.87 |
| 2002 | 1040 | March 7, 2005 and December 22, 2008 | $ 780,127.03 |
| 2003 | 1040 | March 7, 2005 and December 22, 2008 | $ 207,026.00 |
| 2004 | 1040 | August 28, 2006 | $ 959,718.80 |
| 2005 | 1040 | August 28, 2006 | $ 236,571.61 |
|  |  | **Total:** | **$2,713,716.34** |

7. As a result of his failure to fully pay the assessments described in paragraph 6 above, Martell is indebted to the United States for the outstanding balance of the federal tax assessments made against him in the amount of $2,713,716.34, plus accrued but unassessed statutory interest and penalties.

WHEREFORE, the United States respectfully requests the following relief:

A. That the Court enter judgment in favor of the United States and against Martell for the unpaid balance of the federal income taxes and statutory additions

to tax set forth in paragraph 6 above, in the amount of $2,713,716.34, together with additional interest and penalties accruing after September 1, 2013, as provided by law; and

  B.  That the Court grant the United States its costs in this action, and for such other relief as is just and appropriate.

  Dated: September 13, 2013    KATHRYN KENEALLY
                  Assistant Attorney General

                  <u>s/Michael R. Pahl</u>
                  MICHAEL R. PAHL
                  Trial Attorney, Tax Division
                  U.S. Department of Justice
                  Post Office Box 7238
                  Ben Franklin Station
                  Washington, D.C. 20044
                  Telephone: (202) 514-6488
                  michael.r.pahl@usdoj.gov

10467686.1